JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>5222 AND 5226 LEXINGTON AVE LLC; and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No: 2:26cv05830-CV (PDx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

On October 6, 2026, the Parties filed a Joint Stipulation for Dismissal With Prejudice. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that Plaintiffs' complaint is dismissed with prejudice in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: 10/20/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE